ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ANGEL ALMAGUER, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-08-0379 OWW |
| Plaintiff, ) | STIPULATION AND ORDER TO TRAVEL TO DISNEYLAND |
| vs. ) | |
| ANGEL ALMAGUER, III, ) | |
| Defendant. ) | |

　　　　IT IS HEREBY STIPULATED between the Defendant, ANGEL ALMAGUER, III, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that the Court allow the Defendant to travel to Disneyland to celebrate his children's birthdays from February 11, 2009 to February 13, 2009.

/ / /

/ / /

/ / /

Pretrial services has agreed to this stipulation, as well, and has agreed to extend the defendant's curfew during this time period. Mr. Almaguer, will still need to submit all travel arrangements to the Pretrial office prior to his departure and shall notify them immediately upon his return. All other conditions of release shall remain in effect.

Respectfully Submitted:

DATED:   January 7, 2009

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
ANGEL ALMAGUER, III

DATED:   January 7, 2009

/s/ Marlon Cobar
MARLON COBAR,
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**:  Good cause having been shown, it his hereby ordered that the Defendant, ANGEL ALMAGUER, III, be allowed to leave the Eastern District of California to travel to Disneyland from February 11, 2009 – February 13, 2009.

DATED:   January 9, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
U.S. District Court Judge