# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

)
**United States of America** )
vs. ) **Case No.**
**Angel Almaguer III** ) 08-CR-00379 OWW
)

*FILED*

*MAY 19 2009*

*CLERK, U.S. DISTRICT COURT*
*EASTERN DISTRICT CALIFORNIA*
*BY DEPUTY CLERK*

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____ Angel Almaguer III ____, have discussed with _____ Jacob Scott _____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's condition regarding electronic monitoring, including **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the electronic monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date 5/19/09 | Pretrial Services Officer | Date 5/11/09 |
|---|---|---|---|

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney          Date 5/11/09

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel          Date 5/11/09

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 5/19/09.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer          Date 5/19/09

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services