ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
ANGEL ALMAGUER, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANGEL ALMAGUER, III, )<br>)<br>Defendant. )<br>) | Case No.: CR-F-08-0379 OWW<br><br>DEFENDANT'S REQUEST TO VIEW SEALED DOCUMENTS AND PROPOSED ORDER |

Defendant, ANGEL ALMAGUER, III, by and through his attorney, ANTHONY P. CAPOZZI, hereby moves this Honorable Court for an Order directing the Government to allow the Defendant an opportunity to view the sealed Plea Agreement and Presentence Investigation Report of co-defendant Darnell V. McPeters.  This request is based upon the following Declaration of Anthony P. Capozzi.

**DECLARATION OF ANTHONY P. CAPOZZI**

1. I am an attorney-at-law duly licensed to practice in the State of California and before this Court.

- 1 –

PDF created with pdfFactory trial version www.pdffactory.com

2.   This attorney has been appointed to represent, ANGEL ALMAGUER, III in this case.

3.   A Plea Agreement was entered into between the defendant and the government on July 2, 2009 and was filed with this Court on July 6, 2009, under seal.

   a.   Under the terms of the Plea Agreement the Government agreed to recommend sentencing at the low end of the guideline range.

   b.   The Presentence Investigation Report prepared by Leighann L. Milford recommended three years probation.

   c.   Based upon the recommendations and agreements with the Government no objections were filed.

4.   On Monday, September 28, 2009, the Sentencing Hearing was held in the above matter.  At that time, the Government requested an additional condition of one year of monitoring with an ankle bracelet.  At no time prior was this request ever made.

5.   The Government argued that since they were allowed to add this condition to co-defendant, Darnell McPeters sentence, they should be allowed to add it here.

6.   This matter has been continued to allow for further investigation regarding the Government's request.

7.   This attorney contacted the attorney for Darnell McPeters who stated that since the Plea Agreement was sealed, he could not discuss the contents of the Plea Agreement.

8.   The aforementioned documents are necessary to prepare for the Sentencing hearing now scheduled for October 19, 2009.   Without an opportunity to view them, this attorney cannot adequately prepare his client for Sentencing.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

I further affirm under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing information is true and correct to the best of my knowledge, as executed on September 29, 2009, in Fresno, California.

                         Respectfully submitted,

                          /s/ Anthony P. Capozzi
                       ANTHONY P. CAPOZZI
                       Attorney for Defendant,
                       ANGEL ALMAGUER, III

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

**IT IS SO ORDERED**: Good cause having been shown, it his hereby ordered that counsel for Defendant, ANGEL ALMAGUER, III, be allowed to view the Plea Agreement and Presentence Investigation Reports of co-defendant, Darnell McPeters.   It is further ordered that Counsel shall not be permitted to retain a copy of these documents, only an opportunity to view them.

DATED:       September 29, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com