Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **ANGEL ALMAGUER III** |
| **Docket Number:** | 1:08CR00379-07 |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10/19/2009 |
| **Original Offense:** | 18 USC 4, Misprison of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 36 months probation; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) Drug/alcohol testing 5) Pager/cellular phone restriction; 6) No alcohol; 7) Home detention; 8) Aftercare copayment; 9) 20 hours community service |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 10/19/2009 |
| **Assistant U.S. Attorney:** | Marlon Cobar        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Anthony P. Capozzi   **Telephone:** (559) 221-0200 |

**Other Court Action:**

**04/07/2011**:   Probation Form 12A, Report of Offender Non-compliance. The Court was advised that on February 10, 2011, the offender submitted a urine sample which revealed the use of marijuana. The offender's drug testing schedule was

RE:     Angel ALMAGUER III
        Docket Number:  1:08CR00379-07 OWW
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

increased and he was referred to individual drug counseling. The Court approved the probation officer's plan.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point of Central California, for a period of up to 120 days; said placement shall commence on as directed by Probation Officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   In April 2011, the offender began testing positive for marijuana. He expressed difficulty dealing with his job loss and having to return to his parent's residence. The probation officer increased his drug testing requirement and placed him in individual substance abuse counseling. The offender denied any further use of marijuana. However, he continued to test positive for the use of marijuana. The probation officer requested a clinical interpretation of the positive UA tests for May 2011 and the analysis indicated new marijuana use. However, it was explained that given the length of time marijuana stays in the system and the size of the offender, at least one of the test results was likely due to previous use. The probation officer spoke with the offender's counselor, and the counselor wanted to continue working with the offender as he felt they were making progress.

In June 2011, the offender again submitted positive drug tests for marijuana. The probation officer again requested a clinical interpretation of the samples, these results have not yet been received. In July 2011, the offender again submitted a positive drug test for marijuana; however, in speaking with the offender, he denies any new drug use since June 2011. The probation officer has been in regular contact with the counselor who explained that dealing with an addiction requires learning a whole new set of skills and it does not just happen. The probation officer increased the

**RE:    Angel ALMAGUER III**
       <u>**Docket Number:  1:08CR00379-07 OWW**</u>
       <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

offender's sessions with the counselor to one time weekly.  The counselor believes the offender is working hard to deal with his addiction and the counselor is willing to continue to work with him. The offender is now studying the Narcotics Anonymous (NA) textbook and attending NA meetings in addition to individual substance abuse counseling.

Given the offender's on-going use of marijuana, the probation officer believes the offender must be held accountable for his actions and allowing him to continue on supervision without some type of sanction is not  beneficial for his recovery.   Other than the use of marijuana, the offender has done satisfactory on supervision.  The offender reports as directed, keeps his counseling appointments, reports for testing as directed, has maintained fairly regular employment, and continues to maintain positive and supportive family relationships.

Therefore, after long discussions with the offender and his counselor, it has been agreed upon by the parties that a commitment to the Residential Re-entry Center (RRC) is appropriate.  A commitment to the RRC will allow the offender to continue to work, see his counselor, and allow him to take responsibility for his actions.

Respectfully submitted,

/s/ Leighann L. Milford
**LEIGHANN L. MILFORD**
**Senior United States Probation Officer**
Telephone: (559) 499-5724

**DATED:**    July 27, 2011
             Fresno, California
             LLM/rla

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

RE:     Angel ALMAGUER III
        **Docket Number:  1:08CR00379-07 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

(X)     Modification approved as recommended.

( )     Modification not approved at this time.  Probation Officer to contact Court.

( )     Other:


| July 29, 2011 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |


cc:     United States Probation
        Marlon Cobar, Assistant United States Attorney
        Anthony P. Capozzi, Assistant Federal Defender